IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: July 18, 2012 |
| Court Reporter: Terri Lindblom | Probation: Christine Zorn |
| | Interpreter: Melinda Gonzalez-Hibner |

_____

Criminal Action No. 12-cr-00057-WJM       *Counsel:*

UNITED STATES OF AMERICA,                 Shana LaRue Martin

    Plaintiff,

v.

ANTONIO BARRERA-VASQUEZ,                  LaFonda R. Traore

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

10:30 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Martin)

Sentencing Statement (by Ms. Traore)

1

The Court addresses the defendant's Motion for Below-Guideline Statutory or "Variant" Sentence (ECF No. 25)

Argument (by Ms. Martin)

Defendant's Allocution

Court's comments

> Defendant plead guilty to a one count Indictment on April 16, 2012.

**ORDERED:** **Defendant's Motion for Below-Guideline Statutory or "Variant" Sentence (ECF No. 25) is GRANTED IN PART.**

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Antonio Barrera-Vasquez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

11:00 a.m. Court in Recess
Hearing concluded
Time: 30 minutes